# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

JOHN WILSON,

      Plaintiff,

vs.                                     CASE NO. 5:08cv294/RS-AK

L. KORMMAN,

      Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11). Plaintiff has not filed objections.  Plaintiff has failed to provide the court his current address.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is dismissed without prejudice because Plaintiff has failed to comply with three orders of the court and has not otherwise actively prosecuted this case.

3.     The clerk is directed to close the file.

**ORDERED** on April 13, 2009.

/S/ Richard Smoak
_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**